**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward M. Hausle            CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 22-11107 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                           Rebecca Solarz
                                           16 May 2022, 15:28:08, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322