# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                     Chapter 13

EDWARD M. HAUSLE                      Bankruptcy No. 22-11107-MDC

225 Forest Park Drive

Chalfont, PA 18914

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
EDWARD M. HAUSLE

225 Forest Park Drive

Chalfont, PA 18914

**Counsel for debtor(s), by electronic notice only.**
JEFFREY C MCCULLOUGH, ESQ
16 N FRANKLIN ST
SUITE 300
DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 7/13/2022                                                                       /s/ Kenneth E. West

                                                                           _____
                                                                           Kenneth E. West, Esquire
                                                                           Chapter 13 Standing Trustee