United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward M. Hausle  
    Debtor

Case No. 22-11107-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 08, 2022      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward M. Hausle, 225 Forest Park Drive, Chalfont, PA 18914-2139 |
| 14691475 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14699354 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14687530 | | Bank of America, N.A., P.O.Box 672050, Dallas, TX 75267-2050 |
| 14691854 | + | Bank of America, NA, C/O Rebecca Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14705305 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14687540 | | Raymour & Flanigan Furniture, P.O.Box 100289, Columbia, SC 29202-3289 |
| 14687541 | | Service Finance Company, LLC, P.O. Box 645566, Cincinnati, OH 45264-5566 |
| 14687542 | + | Susan Hausle, 225 Forest Park Drive, Chalfont, PA 18914-2139 |
| 14697597 | + | Truist Bank, Service Finance Co LLC, 555 S Federal Hwy 200, Boca Raton, FL 33432-6033 |
| 14687544 | | Wawa Credit Card, Citibank, N.A., P.O.Box 6139, Sioux Falls, SD 57117-6139 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14687529 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 00:03:11 | American Express, P.O.Box 981535, El Paso, TX 79998-1535 |
| 14696823 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 00:03:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14691475 | ^ | MEBN | Sep 08 2022 23:53:34 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689233 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 23:57:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14687531 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 00:03:21 | Best Buy Credit Services, Citibank, N.A., P.O.Box 790441, Saint Louis, MO 63179-0441 |
| 14687533 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 00:03:21 | Citibank, N.A., P.O.Box 6500, Sioux Falls, SD 57117-6500 |
| 14702427 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 00:03:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14691207 | | Email/Text: mrdiscen@discover.com | Sep 08 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14687534 | | Email/Text: mrdiscen@discover.com | Sep 08 2022 23:57:00 | Discover Financial Services LLC, P.O.Box 3025, New Albany, OH 43054-3025 |
| 14687535 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 08 2022 23:57:00 | Great Lakes Educational Loan Services, P.O.Box 7860, Madison, WI 53707-7860 |
| 14687536 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 08 2022 23:57:00 | GreenSky LLC, Truist bank, 1797 Northeast Expressway NE, Suite 100, Atlanta, GA 30329-2451 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14702650 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 08 2022 23:57:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 14687537 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 00:03:03 | Home Depot Credit Services, P.O.Box 790328, Saint Louis, MO 63179-0328 |
| 14687538 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 23:58:00 | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 14687532 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2022 00:03:02 | Chase, P.O.Box 15369, Wilmington, DE 19850 |
| 14698253 | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14697497 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14704559 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2022 00:03:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14702047 | + | Email/PDF: ebnotices@pnmac.com | Sep 09 2022 00:03:03 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14687539 | | Email/PDF: ebnotices@pnmac.com | Sep 09 2022 00:03:11 | PennyMac Loan Services, LLC, P.O.Box 514387, Los Angeles, CA 90051-4387 |
| 14687543 | | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:11 | Synchrony Bank, Attn: Bankruptcy Dept., P.O.Box 965061, Orlando, FL 32896-5061 |
| 14687825 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690726 | + | Email/Text: tdebn@credbankserv.com | Sep 08 2022 23:58:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14691969 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Sep 08 2022 23:57:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14697600 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 08, 2022 | Form ID: 155 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEFFREY C. MCCULLOUGH | on behalf of Debtor Edward M. Hausle jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward M. Hausle
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−11107−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 8, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Magdeline D. Coleman
                                              Chief Judge ,
                                              United States Bankruptcy Court